UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

    - v. -                            :      **INDICTMENT**

ANGEL SANDOBAL,                 :      08 Cr.
    a/k/a "Pendoh,"
                                  :      **08 CRIM 484**

          Defendant.        :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.   On or about October 27, 2007, in the Southern District of New York, ANGEL SANDOBAL, a/k/a "Pendoh," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

    (Title 21, United States Code, Sections 812, 841(a)(1) and
     841(b)(1)(A); Title 18, United States Code, Section 2.)

## COUNT TWO

The Grand Jury further charges:

2.   On or about December 7, 2007, in the Southern District of New York, ANGEL SANDOBAL, a/k/a "Pendoh," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances

containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

### FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

3.  As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, ANGEL SANDOBAL, a/k/a "Pendoh," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

4.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a.  cannot be located upon the exercise of due diligence;

   b.  has been transferred or sold to, or deposited with, a third person;

   c.  has been placed beyond the jurisdiction of the Court;

   d.  has been substantially diminished in value; or

        e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

_____  
FOREPERSON

_____  
MICHAEL J. GARCIA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANGEL SANDOBAL,
a/k/a "Pendoh,"

Defendant.

INDICTMENT

08 Cr.

(Title 21, United States Code,
Sections 812, 841(a)(1), 841(b)(1)(A), and
Title 18, United States Code, Section 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

5/30/08 Fld Ind Pur † 11-1.01 This case is Assigned to Judge Patterson for all purposes

/s/ Judge Patterson